## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **RANDALL DALE SPEER,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **CIV-05-691-R** |
| | ) | |
| **MARTY SIRMONS,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## O R D E R

Before the Court is the Report and Recommendation of United States Magistrate Judge Doyle W. Argo entered June 23, 2005.  Because Petitioner paid the filing fee on July 7, 2005, the Report and Recommendation is REJECTED and this case is REMANDED to the Magistrate Judge for further proceedings consistent with the prior Order of Referral.

**IT IS SO ORDERED this 18th day of July, 2005.**


DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE